No. 04–1109. HOOK v. COMMISSIONER OF INTERNAL REVENUE. C. A. 10th Cir. Certiorari denied.

No. 04–1122. CYRUS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–1125. KLINE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–7326. BILLIOT v. EPPS, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 04–7361. ANDREWS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–7452. YORK v. TENNESSEE BOARD OF PROBATION AND PAROLE. Ct. App. Tenn. Certiorari denied.

No. 04–7459. BERRY v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 04–7521. SANCHEZ-PARRA ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–7609. WYATT v. OREGON. Sup. Ct. Ore. Certiorari denied.

No. 04–7718. ALLEY v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 04–7775. DELGADO-GARCIA ET AL. v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 04–7807. ESCAMILLA v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 04–8181. LOTT v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 04–8219. SCALES v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.